# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HARDISON, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:15-0439 |
| v. : | |
| : | (Mannion, D.J.) |
| SUPT. VINCENT MOONEY, et al., : | (Mehalchick, M.J.) |
| Respondents : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Judge Mehalchick, (Doc. 12), is **ADOPTED**.

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS UNTIMELY**.

3. The Clerk of Court shall **CLOSE** this case.

4. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 26, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0439-01-Order.wpd